**38** THIRD NATIONAL BANK (Detroit) vs. CIRCUIT JUDGE (Wayne), No. 12011½.

To quash writs of garnishment, for the reason that the garnishee defendant is a corporation and neither in the affidavit nor

in the writ is it described as such, nor is it described as a partnership, hence no garnishee defendant is named.

Order to show cause denied May 19, 1891.